**Robert HENDERSON, Plaintiff-Appellant,**

v.

**JP MORGAN CHASE & COMPANY; et al., Defendants-Appellees.**

No. 15-55298

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 23, 2016

Alvaro Cuellar, Pro Se, Blythe, CA, for Plaintiff-Appellant.

Shira S. Markovich, Deputy Attorney General, Los Angeles, CA, for Defendants-Appellees.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Robert Henderson appeals pro se from the district court's order dismissing his action alleging fraud and theft in connection with his veteran's benefits. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's dismissal of an action for failure to comply with a court order. *Malone*

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987). We affirm.

The district court did not abuse its discretion in dismissing Henderson's action because Henderson failed to comply with court-ordered discovery even after the district court warned him that noncompliance could result in dismissal, and granted him three months to show good cause for his noncompliance. *See id.* (setting forth the five factors the district court must consider before dismissing an action for failure to comply with a court order).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.